IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LELAND FOSTER,<br>Individually,<br><br>           Plaintiff<br>  v.<br><br>B.S.S. HOSPITALITY, INC.<br>a Pennsylvania corporation for profit,<br><br>           Defendant | Civil Action No. 3:18-cv-163<br><br>HON. KIM R. GIBSON |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby notify the Court that all matters before the Court have been settled and resolved. Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case is dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses. The parties further stipulate that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

                                  Respectfully submitted,

Dated: April 23, 2019                      Dated: April 23, 2019

<u>/s/ Owen B. Dunn, Jr.</u>                  <u>/s/ Alisa N. Carr</u>
Owen B. Dunn, Jr. (0074743)          Alisa N. Carr, Pa. I.D. No. 56658
LAW OFFICES OF OWEN DUNN, JR.   LEECH TISHMAN FUSCALDO & LAMPL, LLC
The Ottawa Hills Shopping Center     525 William Penn Place, 28th Floor
4334 W. Central Avenue, Suite 222   Pittsburgh, PA 15219
Toledo, Ohio 43615                      Telephone: (412) 261-1600
Telephone: (419) 241-9661           Facsimile: (412) 227-5551
Facsimile: (419) 241-9737            ACarr@LeechTishman.com
dunnlawoffice@sbcglobal.net        Counsel for B.S.S. Hospitality, Inc.
*Counsel for Plaintiff*

**ORDER**

Pursuant to the above Stipulation,

IT IS ORDERED that this matter is dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Dated: _____, 2019

_____
JUDGE KIM R. GIBSON